[No. 33111-6-I.   Division One.   May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL J. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01551-6, Joseph A. Thibodeau, J., entered May 4, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 34406-4-I.   Division One.   May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH DARNELL BOYCAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-06513-4, J. Kathleen Learned, J., entered April 6, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34816-7-I.   Division One.   May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TARYN LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-8-00897-8, Frank A. Morrow, J. Pro Tem., entered May 27, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 33563-4-I.   Division One.   May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN RANNOW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-01426-2, Jack A. Richey, J. Pro Tem., entered September 23, 1993. *Affirmed* by unpublished per curiam opinion.